

| | |
|---|---|
| COLLECTION BUREAU OF THE HUDSON VALLEY, IN |  |
| CBHV Reference #: ▓▓▓3187 | Total Balance: $180.00 |

DATE: 11/21/15

Please write your CBHV Reference # on your che

Change of Address ☐

(fill out on reverse side)

1 AT   *A-01-44B-AM-00126-1

ROZETT SOUID

▬ Please send correspondence to this address. ▬

CBHV
PO BOX 831
NEWBURGH NY 12551-0831



▲   DETACH HERE   ▲

Dear ROZETT SOUID:

This past due account has been placed for collection.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

See reverse side for important information concerning your rights.

| Creditor | Account Number | CBHV Reference # | Transaction Date | Service Balance | Equipment Balance | Total Balance |
|---|---|---|---|---|---|---|
| OPTIMUM. | ▓▓▓403-5 | ▓▓▓3187 | 10/13/15 | $0.00 | $180.00 | $180.00 |



**Phone or Web Payment**

For inquiries or to make a payment by phone, please call
MR STEWART at (888) 913-7489 or (732) 941-0190.
To make a secure payment online, please visit
www.cbhv.com/make-online-payment



For equipment return locations, please visit www.cbhv.com/locations
For instructions to return by mail, please visit
www.optimum.net/pages/equipmentShippingInstructions.html

**Collection Bureau of the Hudson Valley, Inc. - Address and Office Hours (Eastern Time):**

PO Box 831 • 155 North Plank Road • Newburgh, NY 12550
Monday through Thursday: 8:30 AM – 9:00 PM • Friday: 8:30 AM – 5:00 PM • Saturday: 8:30 AM – 4:00 PM
Phone: (845) 561-6880 • (800) 745-1395 • Fax: (845) 913-7403

*Member of ACA International Since 1975*